**FILED**

10/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0506

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0506

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

EDWARD JEFFREY ALLEN,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including November 24, 2023, within which to prepare, file, and serve its response brief.

**BB**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 17 2023